## CLOUD *v.* HIGHTOWER.

FISH, C. J. The evidence submitted before the judge of a city court, on the trial of a habeas-corpus case, not demanding the judgment rendered by him, the discretion of the judge of the superior court in sustaining

a certiorari and granting a first new trial will not be interfered with by the Supreme Court. *Bell* v. *Askins,* 150 *Ga.* 635 (104 S. E. 421), and cases cited; Civil Code (1910), § 6204.

*Judgment affirmed. All the Justices concur.*

No. 2542. FEBRUARY 18, 1922.

Certiorari. Before Judge Kent. Laurens superior court. February 22, 1921.

*Burch & Daley,* for plaintiff in error.

*J. B. Hicks, T. E. Hightower, J. S. Adams,* and *R. E. Camp,* contra.